IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Rochelle Isom
_____
Plaintiff,

vs.

(1) Mid-Mo Mental Health Center

(2) _____

(3) _____
Defendant(s).

Case No. 01-4057-CV-C-5

## COMPLAINT

Comes now plaintiff, Rochelle Isom and for his/her claim against the defendant(s) Mid-Missouri Mental Health Center states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. Section 2000e-5. Venue is proper in this district;

2. Plaintiff is a African-American (race) Female (Sex) who resides at 603 Washington Ave (Street Address) Columbia (City) Missouri (State) 65201 (Zip Code)

3. The defendant (1) Mid-Missouri Mental Health Center is an employer, employment agency, or labor organization, as defined in 42 U.S.C. Section 2000e, and is located at 3 Hospital Drive Columbia, MO. 65201 (Address)

NOTE: USE THIS PAGE ONLY IF THERE IS MORE THAN ONE DEFENDANT!

    3a. the defendant (2) _____
is an employer, employment agency, or labor organization, as defined in 42 U.S.C.
Section 2000e, and is located at _____

_____
(Address)

    3b. the defendant (2) _____
is an employer, employment agency, or labor organization, as defined in 42 U.S.C.
Section 2000e, and is located at _____

_____
(Address)

    3c. the defendant (2) _____
is an employer, employment agency, or labor organization, as defined in 42 U.S.C.
Section 2000e, and is located at _____

_____
(Address)

    3d. the defendant (2) _____
is an employer, employment agency, or labor organization, as defined in 42 U.S.C.
Section 2000e, and is located at _____

_____
(Address)

    3e. the defendant (2) _____
is an employer, employment agency, or labor organization, as defined in 42 U.S.C.
Section 2000e, and is located at _____

_____
(Address)

4. On or about _June 22 & 27_, 20 _01_, defendant(s)
(Specify the unlawful employment practice which you are alleging against the
defendant(s), such as: Refusal to hire, discharge from employment, harrassment in

_Harassment by Director of Enviromental Services for reporting hostile work environment. (Sent home written up wrongly)_
_To discourage me from reporting again. Plaintiff censured._

because of (state why defendant[s] discriminated against you, i.e., race, color, _Severely_
religion, sex, or national origin, etc.)

_(Because of my sex/gender) defendant harassed me. Instead of correcting male co worker for hostile actions._
_Better to retaliate against a woman than an angry male_

5. Plaintiff timely filed a written complaint of discrimination with the
Equal Employment Opportunity Commission and received a right-to-sue letter, a
copy of which is attached. All conditions precedent to the institution of this
lawsuit have been fulfilled.

Wherefore, plaintiff prays for (state what relief is sought):

_Compensatory damages, pain and suffering_
_Mental anguish and all other appropriate_
_relief._

and such other relief as the court would allow under Title VII of the Civil
Rights Act of 1964.

_Rochelle Born_
Signature

_603 Washington Ave._
Street Address

_Columbia MO. 65201_
City    State    Zip Code

_(573) 815-0693_
Telephone

[Margin note: _male employee seen as more valuable than a female employee to discourage me from reporting again, and to censure me._]

Page 3 of Attachmet # 2